# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATTHEW CATE, et al.,<br><br>        Defendants. | ) 1:11cv01773 DLB PC<br>)<br>)<br>) ORDER DISMISSING<br>) CERTAIN CLAIMS<br>)<br>)<br>)<br>)<br>) |

Plaintiff Thomas Goolsby ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 25, 2011.[1]

On February 6, 2013, Plaintiff filed a First Amended Complaint ("FAC"). The Court screened the FAC on May 20, 2013, and found that it states a First Amendment retaliation claim against Defendants Gentry, Noyce, Eubanks, Tyree, Medrano, Holman, Holland and Steadman, and violation of due process claims against Defendants Eubanks, Tyree, Medrano, Holland and Gutierrez. The Court also dismissed certain claims and certain Defendants without leave to amend.

---

[1] On December 5, 2011, Plaintiff consented to the jurisdiction of the United States Magistrate Judge.

1

On June 3, 3013, Plaintiff notified the Court that he would proceed on the cognizable claims and would not amend the access to courts claim.  Plaintiff has been instructed on service by separate order.

Therefore, pursuant to Plaintiff's June 3, 2013, notice, the Court DISMISSES all access to courts claims in the FAC.

IT IS SO ORDERED.

Dated:   **June 7, 2013**                                        /s/ *Dennis L. Beck*
                                                                           UNITED STATES MAGISTRATE JUDGE