# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THOMAS GOOLSBY,<br><br>            Plaintiff,<br><br>      vs.<br><br>CATE, et al.,<br><br>            Defendants. | ) 1:11cv01773 DLB PC<br>)<br>)<br>) ORDER DENYING PLAINTIFF'S<br>) MOTION TO STAY DEFENDANTS'<br>) MOTION TO DISMISS<br>)<br>) (Document 36)<br>)<br>) |

Plaintiff Thomas Goolsby ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 25, 2011.[1]

This action is proceeding on First Amendment retaliation claims and due process claims against Defendants Holland, Steadman, Gutierrez, Noyce, Tyree, Gentry, Eubanks, Medrano and Holman.

Defendants' November 26, 2013, Motion to Dismiss is currently pending.

---

[1] On December 5, 2011, Plaintiff consented to the jurisdiction of the United States Magistrate Judge. By separate order, Defendants have been ordered to notify the Court whether they consent or decline to jurisdiction of the United States Magistrate Judge.

1

On December 11, 2013, Plaintiff filed the instant Motion to Stay Defendants' Motion to Dismiss.  Defendants did not oppose the motion.  The motion is therefore deemed submitted pursuant to Local Rule 230(l).

Plaintiff's Motion to Stay is based on his contention that Defendants have improperly attempted to introduce outside documents into the record.  Plaintiff requests that either the Court disallow the documents, or stay the motion to allow Plaintiff to conduct discovery.

Plaintiff is assured that if Defendants have attempted to introduce documents outside of the scope of a Motion to Dismiss, the Court will deal with the documents accordingly. Moreover, the Court notes that Plaintiff filed an opposition on January 6, 2014, with over 150 pages of exhibits.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **January 8, 2014**                             /s/ *Dennis L. Beck*
                                                                      UNITED STATES MAGISTRATE JUDGE