# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, <br><br> Plaintiff, <br><br> vs. <br><br> CATE, et al., <br><br> Defendants. | 1:11cv01773 DLB PC <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL OPPOSITION <br><br> (Document 51) |

Plaintiff Thomas Goolsby ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on First Amendment retaliation claims and due process claims against Defendants Holland, Steadman, Gutierrez, Noyce, Tyree, Gentry, Eubanks, Medrano and Holman.

Defendants' November 26, 2013, Motion to Dismiss is currently pending. Plaintiff opposed the motion on January 6, 2014.

On January 10, 2014, the Court granted Defendants a 60 day extension of time to file a reply.

On January 28, 2014, Plaintiff filed a motion to supplement his opposition, along with his supplemental opposition. Plaintiff bases his request, in part, on newly available exhibits.

1

Defendants' reply is not due until on or about March 5, 2014.  Accordingly, because Defendants will have a chance to address the supplement in their reply, Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

Dated:   **January 29, 2014**                                    /s/ *Dennis L. Beck*
                                                                                        UNITED STATES MAGISTRATE JUDGE