# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>        Plaintiff,<br><br>   vs.<br><br>CATE, et al.,<br><br>        Defendants. | 1:11cv01773 LJO DLB PC<br><br>ORDER DENYING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE WITHOUT PREJUDICE<br><br>(Document 65) |

Plaintiff Thomas Goolsby ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 25, 2011.

This action is proceeding on First Amendment retaliation claims and due process claims against Defendants Holland, Steadman, Gutierrez, Noyce, Tyree, Gentry, Eubanks, Medrano and Holman.

On November 26, 2013, Defendants filed a Motion to Dismiss based on failure to state a claim and exhaustion. On April 10, 2014, the Court converted the motion into a motion for summary judgment and ordered the parties to notify the Court whether additional discovery is needed within thirty (30) days.

1

On May 7, 2014, Defendants filed a request to conduct Plaintiff's deposition via videoconference.  While such a request is usually granted, general discovery has not yet opened in this action.  Defendants do not state whether Plaintiff's deposition is requested under Rule 56(d), and they do not indicate that the deposition would be limited to exhaustion issues.

Accordingly, without such information, the Court DENIES Defendants' request without prejudice.

IT IS SO ORDERED.

Dated:   **May 8, 2014**                                   /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE