# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>        Plaintiff,<br><br>   vs.<br><br>GENTRY, et al.,<br><br>        Defendants. | 1:11cv01773 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR ORDER ALLOWING PBSP TO MAKE COPIES OF MOTION (Document 84)<br><br>ORDER DIRECTING DEFENDANTS TO FILE DISCOVERY REQUESTS WITH THEIR OPPOSITION |

     Plaintiff Thomas Goolsby ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 25, 2011.

     In April 2014, the Court permitted Plaintiff to serve discovery related to his retaliation claim. A general Discovery and Scheduling Order has not yet issued.

     On September 24, 2014, Plaintiff filed a motion requesting an order allowing Pelican Bay State Prison law library staff to copy his motion to compel. Plaintiff states that pursuant to the Court's requirements related to the contents of a motion to compel, his motion is well over 100 pages. The law library, however, will only copy up to 100 pages.

1

The Court does not have jurisdiction to order prison officials to take any action, including copying Plaintiff's legal documents.

However, to assist Plaintiff in filing his motion to compel, the Court will relieve him of the obligation to copy the discovery requests and responses. Plaintiff therefore need only submit his argument as to why he believes each response is deficient.

As the Court will need copies of the requests and responses to rule on the motion to compel, the Court ORDERS Defendants to provide the requests and responses at issue when they oppose Plaintiff's motion to compel.

IT IS SO ORDERED.

Dated:   **September 29, 2014**                    /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE