IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS GOOLSBY,** | Case No. 1:11-cv-01773-DLB(PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEO CONFERENCE |
| v. | |
| **J. GENTRY, et al.,** | (Document 96) |
| Defendants. | |

Upon good cause shown, Defendants' request to conduct Plaintiff Thomas Goolsby's (F-19778) deposition via videoconference is GRANTED.

IT IS SO ORDERED.

Dated:  **February 9, 2015**          /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE

1