IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS GOOLSBY,**<br><br>Plaintiff,<br><br>v.<br><br>**J. GENTRY, et al.,**<br><br>Defendants. | Case No. 1:11-cv-01773-LJO-DLB<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING TRUST ACCOUNT DEDUCTIONS<br><br>(Document 112) |

      Plaintiff Thomas Goolsby ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Gentry, Noyce, Eubanks, Tyree, Medrano, Holman, Holland and Steadman for retaliation in violation of the First Amendment.

      On May 15, 2015, Plaintiff filed a motion asking the Court for an order to prohibit Pelican Bay State Prison from collecting twenty percent of the filing fee for each of his five cases. Plaintiff states that the fees, which began in May 2015, left him with no money to buy hygiene and stationary supplies. He requests that the Court instruct Pelican Bay State Prison that it can only deduct twenty percent *total* per month, rather than twenty percent per case.

The Court does not have jurisdiction to issue an order to prison officials as to how they collect the statutory fee.  Rather, this Court's jurisdiction is limited to the parties before it and the issues presented in this action.  See e.g., Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998).

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **May 28, 2015**                          /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE