# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| THOMAS GOOLSBY, | Case No. 1:11-cv-01773-LJO-DLB PC |
|---|---|
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER |
| v. | |
| GENTRY, et al., | (Document 124) |
| Defendants. | |

Plaintiff Thomas Goolsby ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amendment retaliation claim against Defendants Gentry, Noyce, Eubanks, Tyree, Medrano, Holman, Holland and Steadman.

The dispositive motion deadline was May 15, 2015. Defendants' May 15, 2015, motion for summary judgment is pending.

On May 8, 2015, the Court granted Defendants' motion to compel Plaintiff's deposition.

On July 9, 2015, Plaintiff filed a motion for protective order seeking to have his deposition taken in person. Plaintiff also requested that he be permitted to take notes, and that the deposition be limited to three hours.

///

///

1

Given that Defendants have already filed their motion for summary judgment, it seems unlikely that Defendants would require an additional deposition.[1]  Accordingly, the Court ORDERS Defendants to respond to this order within ten (10) days of the date of service.

IT IS SO ORDERED.

Dated:   **August 3, 2015**                             /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The discovery deadline was April 16, 2015.  However, Defendants' May 4, 2015, motion to compel Plaintiff's deposition pertained to discovery occurring prior to the deadline.