# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>        Plaintiff,<br><br>  v.<br><br>GENTRY, et al.,<br><br>        Defendants. | Case No. 1:11-cv-01773-LJO-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS MOOT<br><br>(Document 124) |

Plaintiff Thomas Goolsby ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amendment retaliation claim against Defendants Gentry, Noyce, Eubanks, Tyree, Medrano, Holman, Holland and Steadman.

The dispositive motion deadline was May 15, 2015. Defendants' May 15, 2015, motion for summary judgment is pending.

On May 8, 2015, the Court granted Defendants' motion to compel Plaintiff's deposition.

On July 9, 2015, Plaintiff filed a motion for protective order seeking to have his deposition taken in person. Plaintiff also requested that he be permitted to take notes, and that the deposition be limited to three hours.

///

///

On August 3, 2015, given that Defendants had already filed their motion for summary judgment, the Court ordered Defendants to inform the Court as to whether they would be seeking an additional deposition.

On August 13, 2015, Defendants filed their response, confirming that they do not intend to depose Plaintiff again.

Accordingly, Plaintiff's motion for a protective order is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **August 18, 2015**                                /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE

2