# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>    Plaintiff,<br><br>    v.<br><br>GENTRY, et al.,<br><br>    Defendants. | Case No. 1:11-cv-01773-LJO-DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>(Document 153) |

Plaintiff Thomas Goolsby ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On January 13, 2016, the Court issued Findings and Recommendations regarding Defendants' motion for summary judgment. Objections are due on or before February 15, 2016.

On January 25, 2016, Plaintiff filed a motion for reconsideration. He states that if the Magistrate Judge does not "overturn" his Findings and Recommendations, he will file objections.

Plaintiff's motion is DISREGARDED. At this stage of the proceedings, objections are the proper procedural tool for opposing the Findings and Recommendations. A motion for reconsideration is not proper until the District Court rules on the Finding and Recommendations.

IT IS SO ORDERED.

    Dated: **January 27, 2016**　　　　　　/s/ *Dennis L. Beck*
    　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1