# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THOMAS GOOLSBY, | Case No. 1:11-cv-01773-LJO-DLB PC |
|---|---|
| Plaintiff, | Ninth Circuit Case No. 16-15350 |
| v. | ORDER FOLLOWING SETTLEMENT; DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS IN APPEAL WITHIN FIFTEEN DAYS AND DIRECTING CLERK OF THE COURT TO ELECTRONICALLY SERVE THIS ORDER ON THE NINTH CIRCUIT |
| KIMBERLY HOLLAND, et al., | |
| Defendants. | |

The Court conducted a settlement conference in this action on June 21, 2016, at which the parties reached a settlement agreement of the district court case and the related appeal. On this same date, the parties filed a stipulation to voluntarily dismiss this action with prejudice. However, as of this date no notice has been filed in the Ninth Circuit appeal.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents in Ninth Circuit appeal no. 16-15350 within fourteen (14) days from the date of service of this order;

2. The undersigned shall retain jurisdiction to enforce the settlement agreement reached by the parties; and

3. The Clerk of the Court shall electronically serve this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated: **June 22, 2016**

UNITED STATES MAGISTRATE JUDGE

1